```
              UNITED STATES BANKRUPTCY COURT
               NORTHERN DISTRICT OF FLORIDA
                   TALLAHASSEE DIVISION
```

IN RE:                                CASE NO. 05-40075-TLH4
                                      CHAPTER 13
DEBRA HOWARD GUNN


                Debtor(s)
_____/


**CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT**
     <u>**OF UNCLAIMED FUNDS**</u>

   **COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Notice of Payment of Unclaimed Funds, and in support thereof hereby states:

   1.  The Trustee has issued check(s) FOR: ALLTEL which remains outstanding and uncleared.

   2.  The Trustee has placed a Stop Payment Order with the bank on the check(s).

   3.  The Trustee is required to remit the funds to the Clerk of the U.S. Bankruptcy Court.

**WHEREFORE,** the Chapter 13 Trustee respectfully submits her check number 382872 in the amount of $56.33 to the Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

>          /s/Leigh D. Hart or
>          /s/William J. Miller, Jr.
>             OFFICE OF THE CHAPTER 13 TRUSTEE
>             POST OFFICE BOX 646
>             TALLAHASSEE, FL 32302
>             ldhecf@earthlink.net
>             (850) 681-2734 "Telephone"
>             (850) 681-3920 "Facsimile"

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first

```
DEBRA HOWARD GUNN              ALLTEL
16909 LAKE CHRISTIANA CT.      ONE ALLIED DR
TALLAHASSEE, FL 32310          LITTLE ROCK, AR 72202
```

AND

```
ERIC J. HAUGDAHL, ATTY.
922 E. LAFAYETTE ST., #F
TALLAHASSEE, FL 32301
```

on the same date as reflected on the Court's docket as the electronic filing date for this document.

>          /s/Leigh D. Hart or
>          /s/William J. Miller, Jr.
>             OFFICE OF CHAPTER 13 TRUSTEE

12/17/2009 11:28 am / CR_213